Certificate Number: 06531-DC-CC-041230578



06531-DC-CC-041230578

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 21, 2026, at 11:12 o'clock AM CDT, Beniyam GebreMariam Matewos received from Allen Credit and Debt Counseling Agency, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Columbia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 21, 2026               By:    /s/Sharon Schroeder

                                    Name:  Sharon Schroeder

                                    Title:  Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).