B2810 (Form 2810) (12/15)

# United States Bankruptcy Court

District Of __Columbia__

In re __Beniyam G Matewos__ ,          Case No. __26-00364-ELG__
             Debtor(s)

### APPEARANCE OF CHILD SUPPORT CREDITOR*
### OR REPRESENTATIVE

I certify under penalty of perjury that I am a child support creditor* of the above-named debtor, or the authorized representative of such child support creditor, with respect to the child support obligation which is set out below.

Name: Andrew Todd Rich, Assistant Attorney General
Organization: Virginia Dept of Social Services, Division of Child Support Enforcement
Address: P.O. Box 71900, Henrico, VA 23255

Telephone Number: 804-659-7850

__July 24, 2026__          X___/s/ Andrew Todd Rich_____
         Date                    Child Support Creditor* or Authorized Representative

---

**Summary of Child Support Obligation**

| | |
|---|---|
| Amount in arrears: | If Child  Support has been assigned: |
| $ 78,826.90 | Amount of Support which is owed under assignments: |
| Amount currently due per week or per month: on a continuing basis: | $ _____ |
| $ 1,297.00 (per month) | Amount owed primary child support creditor (balance not assigned): |
| | $ _____ |

**Attach an itemized statement of account.  Do not disclose the name of a minor child.  See 11 U.S.C. § 112.  If a social security number or a taxpayer identification number is included, set out only the last four digits of the number**. **Judicial Conference Privacy Policy (09/01).**

---

* Child support creditor includes both creditor to whom the debtor has a primary obligation to pay child support as well as any entity to whom such support has been assigned, if pursuant to Section 402(a)(26) of the Social Security Act or if such debt has been assigned to the Federal Government or to any State or political subdivision of a State.

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

# Virginia DCSE Payment Record

July 24, 2026

Case Number:          0005325161

Date Range Selected:   07/24/2023 to 07/24/2026

| | |
|---|---|
| Case Number: | 0005325161 |
| Parent Paying Support: | MATEWOS, BENIYAM G - 0005325166 |
| Parent/Custodian Receiving Support: | GULTE, LIDIYA M - 0005325163 |
| Last Payment Date: | 07/03/2023 |

| Order Information | | | | |
|---|---|---|---|---|
| Support Type | Current Support Charge | Charge Frequency | Start Date | Next Charge Date |
| Child Support | 1,297.00 | MONTHLY | 11/01/2020 | 08/01/2026 |

| Balance Information | | | | |
|---|---|---|---|---|
| | Owed To | | | Total |
| | Parent/Custodian Receiving Support | Virginia | Other | |
| Arrears | 68,006.30 | 0.00 | 0.00 | 68,006.30 |
| Interest | 9,503.23 | 0.00 | 0.00 | 9,503.23 |
| Fees | 0.00 | 20.37 | 0.00 | 20.37 |
| Subtotal | 77,509.53 | 20.37 | 0.00 | 77,529.90 |
| Unpaid Current Support Charge | 1,297.00 | 0.00 | 0.00 | 1,297.00 |
| Total | 78,806.53 | 20.37 | 0.00 | 78,826.90 |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

July 24, 2026

Case Number:        0005325161

Date Range Selected:   07/24/2023 to 07/24/2026

| Payment Record Detail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | Transactions | | Balances | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 07/24/2026 | | | | 1,297.00 | | | 68,006.30 | 9,503.23 | 20.37 | 77,529.90 |
| 07/01/2026 | 1,297.00 | | | 1,297.00 | | | | | | 77,529.90 |
| 07/01/2026 | | | | 0.00 | | EOM BAL | 68,006.30 | 9,503.23 | 20.37 | 77,529.90 |
| 07/01/2026 | | | | -1,297.00 | | EOM | +1297.00 | +333.54 | | |
| 06/01/2026 | 1,297.00 | | | 1,297.00 | | | | | | 75,899.36 |
| 06/01/2026 | | | | 0.00 | | EOM BAL | 66,709.30 | 9,169.69 | 20.37 | 75,899.36 |
| 06/01/2026 | | | | -1,297.00 | | EOM | +1297.00 | +327.06 | | |
| 05/01/2026 | 1,297.00 | | | 1,297.00 | | | | | | 74,275.30 |
| 05/01/2026 | | | | 0.00 | | EOM BAL | 65,412.30 | 8,842.63 | 20.37 | 74,275.30 |
| 05/01/2026 | | | | -1,297.00 | | EOM | +1297.00 | +320.57 | | |
| 04/01/2026 | 1,297.00 | | | 1,297.00 | | | | | | 72,657.73 |
| 04/01/2026 | | | | 0.00 | | EOM BAL | 64,115.30 | 8,522.06 | 20.37 | 72,657.73 |
| 04/01/2026 | | | | -1,297.00 | | EOM | +1297.00 | +314.09 | | |
| 03/01/2026 | 1,297.00 | | | 1,297.00 | | | | | | 71,046.64 |
| 03/01/2026 | | | | 0.00 | | EOM BAL | 62,818.30 | 8,207.97 | 20.37 | 71,046.64 |
| 03/01/2026 | | | | -1,297.00 | | EOM | +1297.00 | +307.60 | | |
| 02/01/2026 | 1,297.00 | | | 1,297.00 | | | | | | 69,442.04 |
| 02/01/2026 | | | | 0.00 | | EOM BAL | 61,521.30 | 7,900.37 | 20.37 | 69,442.04 |
| 02/01/2026 | | | | -1,297.00 | | EOM | +1297.00 | +301.12 | | |
| 01/01/2026 | 1,297.00 | | | 1,297.00 | | | | | | 67,843.92 |
| 01/01/2026 | | | | 0.00 | | EOM BAL | 60,224.30 | 7,599.25 | 20.37 | 67,843.92 |
| 01/01/2026 | | | | -1,297.00 | | EOM | +1297.00 | +294.63 | | |
| 12/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 66,252.29 |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

July 24, 2026

Case Number:        0005325161

Date Range Selected:   07/24/2023 to 07/24/2026

| | | Payment Record Detail | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | Transactions | | Balances | | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 12/01/2025 | | | | 0.00 | | EOM BAL | 58,927.30 | 7,304.62 | 20.37 | 66,252.29 |
| 12/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +288.15 | | |
| 11/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 64,667.14 |
| 11/01/2025 | | | | 0.00 | | EOM BAL | 57,630.30 | 7,016.47 | 20.37 | 64,667.14 |
| 11/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +281.66 | | |
| 10/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 63,088.48 |
| 10/01/2025 | | | | 0.00 | | EOM BAL | 56,333.30 | 6,734.81 | 20.37 | 63,088.48 |
| 10/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +275.18 | | |
| 09/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 61,516.30 |
| 09/01/2025 | | | | 0.00 | | EOM BAL | 55,036.30 | 6,459.63 | 20.37 | 61,516.30 |
| 09/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +268.69 | | |
| 08/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 59,950.61 |
| 08/01/2025 | | | | 0.00 | | EOM BAL | 53,739.30 | 6,190.94 | 20.37 | 59,950.61 |
| 08/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +262.21 | | |
| 07/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 58,391.40 |
| 07/01/2025 | | | | 0.00 | | EOM BAL | 52,442.30 | 5,928.73 | 20.37 | 58,391.40 |
| 07/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +255.72 | | |
| 06/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 56,838.68 |
| 06/01/2025 | | | | 0.00 | | EOM BAL | 51,145.30 | 5,673.01 | 20.37 | 56,838.68 |
| 06/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +249.24 | | |
| 05/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 55,292.44 |
| 05/01/2025 | | | | 0.00 | | EOM BAL | 49,848.30 | 5,423.77 | 20.37 | 55,292.44 |
| 05/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +242.75 | | |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

July 24, 2026

Case Number:        0005325161

Date Range Selected:   07/24/2023 to 07/24/2026

| Payment Record Detail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | Transactions | | Balances | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 04/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 53,752.69 |
| 04/01/2025 | | | | 0.00 | | EOM BAL | 48,551.30 | 5,181.02 | 20.37 | 53,752.69 |
| 04/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +236.27 | | |
| 03/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 52,219.42 |
| 03/01/2025 | | | | 0.00 | | EOM BAL | 47,254.30 | 4,944.75 | 20.37 | 52,219.42 |
| 03/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +229.78 | | |
| 02/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 50,692.64 |
| 02/01/2025 | | | | 0.00 | | EOM BAL | 45,957.30 | 4,714.97 | 20.37 | 50,692.64 |
| 02/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +223.30 | | |
| 01/01/2025 | 1,297.00 | | | 1,297.00 | | | | | | 49,172.34 |
| 01/01/2025 | | | | 0.00 | | EOM BAL | 44,660.30 | 4,491.67 | 20.37 | 49,172.34 |
| 01/01/2025 | | | | -1,297.00 | | EOM | +1297.00 | +216.81 | | |
| 12/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 47,658.53 |
| 12/01/2024 | | | | 0.00 | | EOM BAL | 43,363.30 | 4,274.86 | 20.37 | 47,658.53 |
| 12/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +210.33 | | |
| 11/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 46,151.20 |
| 11/01/2024 | | | | 0.00 | | EOM BAL | 42,066.30 | 4,064.53 | 20.37 | 46,151.20 |
| 11/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +203.84 | | |
| 10/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 44,650.36 |
| 10/01/2024 | | | | 0.00 | | EOM BAL | 40,769.30 | 3,860.69 | 20.37 | 44,650.36 |
| 10/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +197.36 | | |
| 09/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 43,156.00 |
| 09/01/2024 | | | | 0.00 | | EOM BAL | 39,472.30 | 3,663.33 | 20.37 | 43,156.00 |

**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

July 24, 2026

Case Number:        0005325161

Date Range Selected:   07/24/2023 to 07/24/2026

| | Payment Record Detail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | Transactions | | Balances | | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 09/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +190.87 | | |
| 08/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 41,668.13 |
| 08/01/2024 | | | | 0.00 | | EOM BAL | 38,175.30 | 3,472.46 | 20.37 | 41,668.13 |
| 08/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +184.39 | | |
| 07/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 40,186.74 |
| 07/01/2024 | | | | 0.00 | | EOM BAL | 36,878.30 | 3,288.07 | 20.37 | 40,186.74 |
| 07/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +177.90 | | |
| 06/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 38,711.84 |
| 06/01/2024 | | | | 0.00 | | EOM BAL | 35,581.30 | 3,110.17 | 20.37 | 38,711.84 |
| 06/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +171.42 | | |
| 05/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 37,243.42 |
| 05/01/2024 | | | | 0.00 | | EOM BAL | 34,284.30 | 2,938.75 | 20.37 | 37,243.42 |
| 05/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +164.93 | | |
| 04/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 35,781.49 |
| 04/01/2024 | | | | 0.00 | | EOM BAL | 32,987.30 | 2,773.82 | 20.37 | 35,781.49 |
| 04/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +158.45 | | |
| 03/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 34,326.04 |
| 03/01/2024 | | | | 0.00 | | EOM BAL | 31,690.30 | 2,615.37 | 20.37 | 34,326.04 |
| 03/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +151.96 | | |
| 02/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 32,877.08 |
| 02/01/2024 | | | | 0.00 | | EOM BAL | 30,393.30 | 2,463.41 | 20.37 | 32,877.08 |
| 02/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +145.48 | | |
| 01/01/2024 | 1,297.00 | | | 1,297.00 | | | | | | 31,434.60 |



**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

July 24, 2026

Case Number:     0005325161

Date Range Selected:   07/24/2023 to 07/24/2026

| Payment Record Detail | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Support Type(s) Selected: Child Support | | | | Transactions | | Balances | | | | |
| Date | Current Support Charge | Payment Amount | Distribution | Unpaid Current Support Charge | Adjustment Amount | Other | Arrears | Interest | Fees | Total |
| 01/01/2024 | | | | 0.00 | | EOM BAL | 29,096.30 | 2,317.93 | 20.37 | 31,434.60 |
| 01/01/2024 | | | | -1,297.00 | | EOM | +1297.00 | +138.99 | | |
| 12/01/2023 | 1,297.00 | | | 1,297.00 | | | | | | 29,998.61 |
| 12/01/2023 | | | | 0.00 | | EOM BAL | 27,799.30 | 2,178.94 | 20.37 | 29,998.61 |
| 12/01/2023 | | | | -1,297.00 | | EOM | +1297.00 | +132.51 | | |
| 11/01/2023 | 1,297.00 | | | 1,297.00 | | | | | | 28,569.10 |
| 11/01/2023 | | | | 0.00 | | EOM BAL | 26,502.30 | 2,046.43 | 20.37 | 28,569.10 |
| 11/01/2023 | | | | -1,297.00 | | EOM | +1297.00 | +126.02 | | |
| 10/01/2023 | 1,297.00 | | | 1,297.00 | | | | | | 27,146.08 |
| 10/01/2023 | | | | 0.00 | | EOM BAL | 25,205.30 | 1,920.41 | 20.37 | 27,146.08 |
| 10/01/2023 | | | | -1,297.00 | | EOM | +1297.00 | +119.54 | | |
| 09/01/2023 | 1,297.00 | | | 1,297.00 | | | | | | 25,729.54 |
| 09/01/2023 | | | | 0.00 | | EOM BAL | 23,908.30 | 1,800.87 | 20.37 | 25,729.54 |
| 09/01/2023 | | | | -1,297.00 | | EOM | +1297.00 | +113.05 | | |
| 08/01/2023 | 1,297.00 | | | 1,297.00 | | | | | | 24,319.49 |
| 08/01/2023 | | | | 0.00 | | EOM BAL | 22,611.30 | 1,687.82 | 20.37 | 24,319.49 |
| 08/01/2023 | | | | -398.50 | | EOM | +398.50 | +111.06 | | |

 **VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

July 24, 2026

Case Number:       0005325161

Date Range Selected:   07/24/2023 to 07/24/2026

| Distribution and Transaction Code Definitions | |
|---|---|
| A | Payment applied to Arrears |
| B | Payment applied to both Arrears and Current Support Charge |
| C | Payment applied to Current Support Charge |
| D | As a result of the 2005 Deficit Reduction Act, $35 is sent each federal fiscal year (Oct 1-Sep 30) to the federal government. This amount is deducted, after $550 has been paid, from next payment due to Parent/Custodian Receiving Support. |
| F | Payment applied to Fees |
| I | Payment applied to Interest |
| M | Payment applied to Miscellaneous |
| EOM BAL | Amount owed through the end of the prior month. |
| EOM | Adjustments to the amount owed through the end of the prior month or through the end of the prior Current Support Charge cycle. |
| DFEE | See definition of D above in Distribution column. |
| Subtotal | Amount owed through the last day of the prior month and is also the total amount owed as of the payment record created date. It does not include the Unpaid Current Support Charge balance. |