**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| In re | ) | | |
| | ) | | |
| Beniyam G Matewos | ) | | |
| | ) | Case No. | 26-364 |
| Debtor. | ) | Chapter 13 | |
| | ) | | |

**MOTION TO EXTEND TIME**
**FOR FILING SCHEDULES AND STATEMENTS**
(Clerk Order per L.R. 1007-1(d))

COMES NOW the Debtor, Beniyam G Matewos, by counsel, and, pursuant to Fed. R. Bankr. P.  Rule 1007(c) and Local Rule 1007-1(d), moves this honorable Court to extend the time for filing his schedules, statements, plan, and other initial documents as set forth in the notice filed on July 24, 2026 (Doc. #11), and in support thereof states the following:

1.       The Debtor's statements, schedules and other documents are due on August 4, 2026.

2.       Debtor requires additional time to gather information and prepare the necessary documents.

3.       The Meeting of Creditors is scheduled for August 17, 2026.

4.       A extension until August 10, 2026, will not adversely affect any party, and will still allow for the filing of the schedules well 7 days the § 341 meeting of creditors. Being 7 days before the 341 meeting, this Motion may be automatically granted by the Clerk pursuant to Local Rule 1007-1(d).

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing Debtor's schedules, statements, plan and other initial documents from August 4, 2026 until August 10, 2026.

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

Dated: August 4, 2026.

Respectfully submitted,

_/s/ Daniel M. Press_____
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of August, 2026, I caused to be served the foregoing Motion by CM/ECF upon the Chapter 13 Trustee, the US Trustee, and all parties requesting such notice.

_/s/ Daniel M. Press_____
Daniel M. Press