**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re                                                    )
                                                         )
    Beniyam G Matewos                        )
                                                         )        Case No.        26-364
        Debtor.                  )        Chapter 13
_____      )

**ORDER GRANTING MOTION TO EXTEND TIME**
**FOR FILING SCHEDULES AND STATEMENTS**

      Upon consideration of the Motion of the Debtor in the above captioned case, to

Extend Time for filing his Statements, Schedules, Plan and other initial documents

pursuant to Rule 1007(c), and the Motion being within the scope of Local Rule 1007-

1(d)(1), it is hereby

      ORDERED that the Motion be, and hereby is, GRANTED; and it is

Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

FURTHER ORDERED that the time for filing Debtor's schedules, statements and other initial documents as set forth in Docket Entry #11 be, and hereby is, EXTENDED from Auugust 4, 2026 until August 10, 2026.

Pursuant to Local Rule 1007-1(d)(1), the debtor either must (i) file the lists, schedules, statements, and other documents or further motion to extend time for the same by August 10, 2026; or (ii) timely file a response and attend a hearing to explain why the case should not be dismissed.

I ASK FOR THIS:


  /s/ Daniel M. Press
Daniel M. Press, #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor


Copies to:

Counsel for Debtor
U.S. Trustee
Chapter 13 Trustee

END OF ORDER


2