**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:                                                          **Case No. 26-00364-ELG**

        **Beniyam G Matewos**                          **Chapter 1**
            **Debtor**

## ORDER EXTENDING TIME

On 07/21/2026, the Debtor(s) filed a bankruptcy petition in the above-captioned case. ECF No. 1. The Debtor(s) thereafter filed a MOTION TO EXTEND (ECF No. 12) (the "Motion to Extend") pursuant to Local Bankruptcy Rule 1007-1(d)(1) seeking an extension of time to file lists, schedules, statements, and other documents. Therefore, it is

**ORDERED** that the deadline to file any outstanding lists, schedules, statements, or other case opening documents is extended until 08/14/2026. It is further,

**ORDERED** that the Debtor either must (i) file the lists, schedules, statements, and other documents or a further motion to extend time for the same by 08/14/2026; or (ii) timely file a response and attend a hearing to explain why the case should not be dismissed. Such motion need only be served on the United States Trustee, any appointed trustee, and any official committee. It is further,

**ORDERED** that any party objecting to the relief granted in this Order shall have seven (7) days from the date of the entry of this Order to file an objection with the Court and to schedule a hearing on same.

For the Court:
Angela D. Caesar
BY: MB
Date: 08/04/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.

United States Bankruptcy Court

District of Columbia

In re:

Beniyam G Matewos

　　Debtor

Case No. 26-00364-ELG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Beniyam G Matewos, 1700 Gainesville St SE, Washington, DC 20020-3235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Todd Rich | on behalf of Creditor Commonwealth of Virginia  Dept of Social Services, Division of Child Support Enforcement trich@oag.state.va.us |
| Daniel M. Press | on behalf of Debtor Beniyam G Matewos dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4