**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| In re | ) | | |
| | ) | | |
| Beniyam G Matewos | ) | | |
| | ) | Case No. | 26-364 |
| Debtor. | ) | Chapter 13 | |
| | ) | | |

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

    /s/ Daniel M. Press
    Daniel M. Press, DC Bar 419739
    Law Offices of Daniel M. Press
    201 Washington St.
    Cumberland MD 21502
    (703) 725-7600
    dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused the foregoing Notice to be served by CM/ECF upon the Trustee and all parties requesting notice:

Rebecca A. Herr
ecf@ch13md.com

Andrew Todd Rich on behalf of Creditor Commonwealth of Virginia, Dept of Social Services, Division of Child Support Enforcement
trich@oag.state.va.us

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

　_/s/ Daniel M. Press_____
Daniel M. Press