**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Beniyam G Matewos | ) | |
| | ) | Case No. 26-364 |
| Debtor. | ) | Chapter 13 |
| | ) | |

**MOTION TO FURTHER EXTEND TIME**
**FOR FILING SCHEDULES STATEMENTS AND PLAN**
(L.R. 1007-1(d)(2))

Debtor is filing herewith a MOTION TO FURTHER EXTEND TIME FOR FILING SCHEDULES STATEMENTS AND PLAN. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before August 21, 2026, you or your attorney must file with the Court a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

A hearing on the motion will be held before Judge Gunn in the United States Bankruptcy Court in the District of Columbia, Courtroom 1, U.S. Courthouse, 333 Constitution Avenue, Washington, DC 20001, or virtually, on **September 24, 2026, at 9:30 a.m**. If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

COMES NOW the Debtor, Beniyam G Matewos, by counsel, and, pursuant to Fed. R. Bankr. P. Rule 1007(c) and Local Rule 1007-1(d), moves this honorable Court to

Daniel M. Press, #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
dan@danpress.us
703-725-7600
Counsel for Debtor

further extend the time for filing his schedules, statements, plan, and other initial documents as set forth in the notice filed on July 24, 2026 (Doc. #11), and in support thereof states the following:

1. The Debtor's statements, schedules and other documents were originally due on August 4, 2026.

2. Debtor requires additional time to gather information and prepare the necessary documents.

3. The Meeting of Creditors is scheduled for August 17, 2026. The Court previously extended the deadline until August 14, 2026, but that extension has still not given the Debtor sufficient time to gather the necessary information

4. A extension until August 21, 2026, will not further adversely affect any party, as it is likely that the § 341 meeting of creditors would have had to be continued in any event if the required papers were filed when due, only one business day ahead of the meeting.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing Debtor's schedules, statements, plan and other initial documents from August 14, 2026 until August 21, 2026.

Dated: August 15, 2026.

Respectfully submitted,

/s/ Daniel M. Press

Daniel M. Press, #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
dan@danpress.us
703-725-7600

**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Motion by CM/ECF upon the Chapter 13 Trustee, the US Trustee, and all parties requesting such notice.

_/s/ Daniel M. Press__________
Daniel M. Press