**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Beniyam G Matewos | ) | |
| | ) | Case No. 26-364 |
| Debtor. | ) | Chapter 13 |
| | ) | |

**ORDER GRANTING MOTION TO FURTHER EXTEND TIME**
**FOR FILING SCHEDULES AND STATEMENTS**

Upon consideration of the Motion of the Debtor in the above captioned case, to Further Extend Time for filing his Statements, Schedules, Plan and other initial documents pursuant to Rule 1007(c), it is hereby

ORDERED that the Motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED that the time for filing Debtor's schedules, statements and other initial documents as set forth in Docket Entry #11 be, and hereby is, EXTENDED from Auugust 14, 2026 until August 21, 2026.

Daniel M. Press, DC Bar #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
dan@danpress.us
703-725-7600
Counsel for Debtor

Pursuant to Local Rule 1007-1(d)(1), the debtor either must (i) file the lists, schedules, statements, and other documents or further motion to extend time for the same by August 21, 2026; or (ii) timely file a response and attend a hearing to explain why the case should not be dismissed.

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
dan@danpress.us
703-725-7600
Counsel for Debtor

Copies to:

Counsel for Debtor
U.S. Trustee
Chapter 13 Trustee

END OF ORDER