UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br><br>BENIYAM G/ MATEWOS<br><br>Debtor. | Case No. 26-364<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of September 2026 I caused the attached NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS to be served by CM/ECF upon the Trustee, the U.S. Trustee, and all parties receiving such notice, and by first class mail, postage prepaid, addressed to all creditors on the attached matrix.

_/s/Daniel M. Press_
Daniel M. Press

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

IN RE:

**BENIYAM G MATEWOS**

Debtor

Case No. **26-00364-ELG**
Chapter 13

**NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS**

The Section 341 meeting of creditors has been continued to 9/23/2026 at12:00PM. The meeting of creditors will be held by Video: www.zoom.us/join, Telephone #: 1-667-406-0794, Meeting ID: 879-999-1048, Passcode: 1203282023.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST FILED WITH THE COURT WITHIN 10 DAYS OF THE DATE OF THIS NOTICE, OR THE MEETING WILL NOT BE CONDUCTED.

Date: August 18, 2026

Respectfully Submitted,

**/s/ REBECCA A. HERR**

REBECCA A. HERR
CHAPTER 13 TRUSTEE
BAR# MD0032
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401
RHERR@CH13MD.COM

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
301.805.4700
rherr@ch13md.com

Label Matrix for local noticing
0090-1
Case 26-00364-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Fri Sep 4 17:46:25 EDT 2026

Commonwealth of Virginia, Dept of Social Ser
P.O. Box 71900
Henrico, VA 23255-1900

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

American Mortgage Investment Partners Manage
c/o NewRez LLC
P.O. Box 10826
Greenville, SC 29603-0826

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Lidiya Gulte
305 10th St S Apt 3343
Arlington, VA 22202-5440

(p)ROSENBERG & ASSOCIATES LLC
4340 EAST WEST HIGHWAY
SUITE 600
BETHESDA MD 20814-4411

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

VA Department of Social Serv
Division of Child Suppt Enf.
PO Box 71900
Henrico, VA 23255-1900

Beniyam G Matewos
1700 Gainesville St SE
Washington, DC 20020-3235

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401-7623

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Rosenberg & Associates
4340 East West Highway Ste 600
Bethesda, MD 20814

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 12 |
| Bypassed recipients | 0 |
| Total | 12 |