**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

**In re:**

**BENIYAM G MATEWOS,** **CHAPTER 13**

**DEBTOR.** **CASE NO. 26-00364-ELG**

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A, and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: **/s/ Kim R. Gershen**

***Daniel J. Pesachowitz***, Esquire, Bar No. MD14930
***D. Carol Sasser***, Esquire, Bar No. 1020873
***Kim R. Gershen***, Esquire, Bar No. 1023690
Samuel I. White, P.C.
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
Tel: (757) 490-9284
Fax:(757) 497-2802
kgershen@siwpc.com

CERTIFICATE OF SERVICE

I certify that on September 10, 2026, the foregoing Notice was served via first class mail, postage prepaid, to Rebecca A. Herr, Trustee, 185 Admiral Cochrane Dr. Suite 240, Annapolis, MD 21401, Daniel M. Press, Counsel for Debtor, 201 Washington St., Cumberland, MD 21502, and Beniyam G Matewos, Debtor, 1700 Gainesville St SE, Washington, DC 20020.

**/s/ Kim R. Gershen**
Kim R Gershen, Esquire
Samuel I. White, P.C.