B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re Beniyam G Matewos, Case No. 26-00364-ELG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A
Name of Transferee

American Mortgage Investment Partners Management, LLC c/o NewRez LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
AMIP Management
3020 Old Ranch Parkway, Ste 180
Seal Beach, CA 90740
Phone:(562) 735-6555
Last Four Digits of Acct #: XXXXXX2182

Court Claim # (if known): 1-1
Amount of Claim: $495,345.68
Date Claim Filed: 08/24/2026

Last Four Digits of Acct. #: XXXXXX3409

Name and Address where transferee payments should be sent (if different from above):
FCI Lender Services, Inc.
PO Box 27370
Anaheim Hills, CA 92809-0112
Phone: (800) 931-2424
Last Four Digits of Acct : XXXXXX2182

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kim R. Gershen
Transferee/Transferee's Agent
Kim R. Gershen, Esquire, Bar No. 1023690
Samuel I White, P.C.
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
Tel: (757) 490-9284
Fax: (757) 490-8143
kgershen@siwpc.com

Date: 9/21/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CERTIFICATE OF SERVICE

I certify that on September 21, 2026, the foregoing Notice was served via Rebecca A. Herr Trustee, and Daniel M. Press, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Rebecca A. Herr, Trustee, 185 Admiral Cochrane Dr. Suite 240, Annapolis, MD 21401, Daniel M. Press, Counsel for Debtor, 201 Washington St. , Cumberland, MD 21502, and Beniyam G Matewos, Debtor, 1700 Gainesville St SE, Washington, DC 20020..

/s/ Kim R. Gershen
Kim R. Gershen, Esquire
Samuel I. White, P.C.