**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: BENIYAM G MATEWOS<br><br>Debtor | Case No. 26-00364-ELG<br>Chapter 13 |

**TRUSTEE'S CONSENT PRAECIPE CONTINUING HEARING ON CONFIRMATION**

The Trustee states that the hearing on confirmation has been continued from September 24, 2026, 9:30 a.m. to October 29, 2026, 9:30 a.m..

The Trustee hereby certifies that the parties are entitled to obtain an automatic continuance pursuant to LBR 5071-1(b) and that the Trustee has arranged with the clerk of the Court the filing of this Praecipe to continue the hearing.

Effective January 2023, unless otherwise ordered by the Court, all hearings will be conducted both in person at United States Bankruptcy Court, District of Columbia, 333 Constitution Avenue N.W., Washington D.C., Courtroom 1 and also remotely via Zoom for Government. Contact the Courtroom Deputy for Zoom information.

Respectfully submitted,

**/s/REBECCA A. HERR**
REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401
BAR#MD0032
p. 301-805-4700
email: RHERR@CH13MD.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, a copy of the foregoing Trustee's Consent Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401

BENIYAM G MATEWOS
1700 GAINESVILLE ST SE
WASHINGTON, DC 20020

DANIEL M PRESS ESQUIRE
201 WASHINGTON ST
CUMBERLAND, MD 21502

**/s/ REBECCA A. HERR**
REBECCA A. HERR
Chapter 13 Trustee

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401