**2100 B (12/15)**

# United States Bankruptcy Court

United States Bankruptcy Court for the District of Columbia
Case No. 26-00364-ELG
Chapter 13

In re: Debtor(s) (including Name and Address)

Beniyam G Matewos
1700 Gainesville St SE
Washington DC 20020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/21/2026.

Name and Address of Alleged Transferor(s):

Claim No. 1: American Mortgage Investment Partners Management,, c/o NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826

Name and Address of Transferee:

Wilmington Savings Fund Society,
FSB
AMIP Management
3020 Old Ranch Parkway, Ste 180
Seal Beach, CA 90740

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/24/26

For the Clerk:

**CLERK OF THE COURT**

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00364-ELG
Beniyam G Matewos Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: trc Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 813556 | Email/Text: mtgbk@shellpointmtg.com | Sep 22 2026 22:48:00 | American Mortgage Investment Partners Management,, c/o NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Todd Rich | on behalf of Creditor Commonwealth of Virginia Dept of Social Services, Division of Child Support Enforcement trich@oag.state.va.us |
| Daniel M. Press | on behalf of Debtor Beniyam G Matewos dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Kim Gershen | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A kgershen@siwpc.com, dsasser@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5