The order below is hereby signed.

Signed: September 25 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Beniyam G Matewos | ) | |
| | ) | Case No. 26-364 |
| Debtor. | ) | Chapter 13 |
| | ) | |

**ORDER GRANTING MOTION TO FURTHER EXTEND TIME**
**FOR FILING SCHEDULES AND STATEMENTS**

Upon consideration of the Motion of the Debtor in the above captioned case, to Further Extend Time for filing his Statements, Schedules, Plan and other initial documents pursuant to Rule 1007(c), it is hereby

ORDERED that the Motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED that the time for filing Debtor’s schedules, statements and other initial documents as set forth in Docket Entry #11 be, and hereby is, EXTENDED from August 14, 2026 until August 24, 2026.

I ASK FOR THIS:

_/s/ Daniel M. Press___________
Daniel M. Press, #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
dan@danpress.us
703-725-7600
Counsel for Debtor

SEEN AND AGREED:

Rebecca A. Herr,
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty Benjamin J. Beatty 9/25/26
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401
301-805-4700
bbeatty@ch13md.com

Copies to:

Counsel for Debtor
U.S. Trustee
Chapter 13 Trustee

END OF ORDER