The order below is hereby signed.

Signed: September 25 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Beniyam G Matewos | ) | |
| | ) | Case No. 26-364 |
| Debtor. | ) | Chapter 13 |
| | ) | |

**ORDER GRANTING MOTION TO FURTHER EXTEND TIME**
**FOR FILING SCHEDULES AND STATEMENTS**

Upon consideration of the Motion of the Debtor in the above captioned case, to Further Extend Time for filing his Statements, Schedules, Plan and other initial documents pursuant to Rule 1007(c), it is hereby

ORDERED that the Motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED that the time for filing Debtor's schedules, statements and other initial documents as set forth in Docket Entry #11 be, and hereby is, EXTENDED from August 14, 2026 until August 24, 2026.

I ASK FOR THIS:

_/s/ Daniel M. Press__________
Daniel M. Press, #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
dan@danpress.us
703-725-7600
Counsel for Debtor

SEEN AND AGREED:

Rebecca A. Herr,
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty Benjamin J. Beatty 9/25/26
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401
301-805-4700
bbeatty@ch13md.com

Copies to:

Counsel for Debtor
U.S. Trustee
Chapter 13 Trustee

END OF ORDER

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00364-ELG
Beniyam G Matewos Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Sep 25, 2026 Form ID: pdf001 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beniyam G Matewos, 1700 Gainesville St SE, Washington, DC 20020-3235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Todd Rich | on behalf of Creditor Commonwealth of Virginia Dept of Social Services, Division of Child Support Enforcement trich@oag.state.va.us |
| Daniel M. Press | on behalf of Debtor Beniyam G Matewos dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Kim Gershen | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A kgershen@siwpc.com, dsasser@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5