**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Beniyam G Matewos | ) | |
| | ) | Case No. 26-364 |
| Debtor. | ) | Chapter 13 |
| | ) | |

## RESPONSE TO MOTION FOR RELIEF FROM STAY

COMES NOW the Debtor, Beniyam G Matewos, by counsel, and responds as follows to the Motion for Relief (Docket #30).

1. Debtor admits the allegations of Paragraph 1.
2. Debtor admits the allegations of Paragraph 2.
3. Debtor admits the allegations of Paragraph 3.
4. Debtor admits the allegations of Paragraph 4.
5. Debtor admits, on information and belief, the allegations of Paragraph 5.
6. Debtor lacks knowledge or information sufficient to form a belief as to the truth or the allegations of Paragraph 6 and therefore denies the same and demands strict proof thereof.
7. Debtor admits the allegations of Paragraph 7.
8. Debtor admits the allegations of Paragraph 8.
9. Debtor lacks knowledge or information sufficient to form a belief as to the truth or the allegations of Paragraph 9 and therefore denies the same and demands strict proof thereof.
10. Debtor denies the allegations of Paragraph 10.
11. Debtor admits the allegations of Paragraph 11.

Daniel M. Press, #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
dan@danpress.us
703-725-7600
Counsel for Debtor

12. Debtor denies the allegations of Paragraph 12.

SEPARATE AND AFFIRMATIVE DEFENSES

A. The property is necessary for an effective reorganization.
B. Movant is adequately protected by an equity cushion.
C. Due to the failure of a pre-petition garnishment to be released, Debtor did not have access to his bank account. Since the motion was filed, Debtor has paid $3000 towards the post-petition arrears and will get caught up in short order.

WHEREFORE the Debtor respectfully requests that the Motion be denied.

Dated: November 6, 2026.

Respectfully submitted,

_/s/ Daniel M. Press___________

Daniel M. Press, #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
dan@danpress.us
703-725-7600

**CERTIFICATE OF SERVICE**

This is to certify that on this 6th day of November, 2026, I caused to be served the foregoing Response by CM/ECF upon the Movant, the Chapter 13 Trustee, the US Trustee, and all parties requesting such notice.

_/s/ Daniel M. Press__________
Daniel M. Press