The order below is hereby signed.

Signed: November 17 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

**In re:**

**BENIYAM G MATEWOS,** **CHAPTER 13**

**DEBTOR.** **CASE NO. 26-00364-ELG**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST XI-A,**

**MOVANT,**

**vs.**

**BENIYAM G MATEWOS**
**and REBECCA A. HERR, TRUSTEE,**

**RESPONDENTS.**

**ORDER GRANTING MODIFICATION OF STAY**

The Motion of the Movant, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A, its assignees and/or successors in interest, to amend the Automatic Stay having been properly served, and upon agreement by Counsel,

It appears that Debtor is in possession of a certain real property located at **1700 Gainesville Street, SE, Washington, DC 20020**, and more particularly described as follows:

**Lot 91 in Square 5822 in a subdivision made by The East-West Trading Company as per plat recorded in Liber 211 at Folio 76 among the Records of the Office of the Surveyor for the District of Columbia.**

**Property Address: 1700 Gainesville Street, SE, Washington, DC 20020**

Upon consideration of the foregoing, it is **ORDERED**:

1. Debtor will resume making all future regular monthly installment payments in the amount of $2,810.17, subject to notices of payment change, as they become due commencing December 1, 2026.

2. Debtor will cure the post-petition arrearage currently due to the Movant in the total amount of $9,889.68, which were calculated as follows:

| Number of Payments | From | To | Monthly Payment Amount | Total Payments Missed |
|---|---|---|---|---|
| 4 | 08/01/2026 | 11/01/2026 | $2,810.17 | $11,240.68 |
| Motion For Relief – Legal Fees & Cost | | | | $1,549.00 |
| Payment Received – 11/06/2026 | | | | ($2,900.00) |
| Less post-petition partial payments (suspense balance): | | | | ($0.00) |
| | | | Total Post-Petition Payments: | $9,889.68 |

a. The arrearage amount set forth herein is contingent upon the sufficient clearing of any previously applied post-petition funds.

b. Payment due on or before December 15, 2026 in the amount of $1,648.28.

c. Payment due on or before January 15, 2027 in the amount of $1,648.28.

d. Payment due on or before February 15, 2027 in the amount of $1,648.28.

e. Payment due on or before March 15, 2027 in the amount of $1,648.28.

f. Payment due on or before April 15, 2027 in the amount of $1,648.28.

g. Payment due on or before May 15, 2027 in the amount of $1,648.28.

h. All future payments made pursuant to the terms of this Order should be forwarded to the following address until further notice:

FCI Lender Services, Inc.
P.O. Box 27370
Attn: Loan Servicing Department
Anaheim Hills, CA 92809

**ORDERED** that in the event that any payment to be made by the Debtor as set forth hereinabove is not received by Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A as provided herein, then Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A may serve a written Notice of Default to the Debtor requiring cure of said default within a fourteen (14) day period after the mailing of the above written notice. Cure shall consist of payment of the missed payments, any late charge accrued on such missed payments, attorney's fees and costs for providing the notice, and any other payments becoming due under the terms of this Consent Order between the date of the Notice of Default and before the actual tender of the curing

payment. Only two (2) such cure opportunities are allowed by this Consent Order and any subsequent default shall be deemed incurable.

**ORDERED** that any Notice of Default shall be filed with the court and mailed, by first class mail, postage prepaid, and addressed to Debtor and Counsel for the Debtor as follows:

Beniyam G Matewos
1700 Gainesville St SE
Washington, DC 20020

Daniel M. Press
201 Washington St.
Cumberland, MD 21502

If the Debtor wishes to contest the Notice of Default or for the Court to consider their views on the Notice of Default, a Response must be filed with the Court within fourteen (14) days of the filing of the Notice of Default.

**ORDERED** that failure to cure in a timely manner or a breach for which cure is not permitted shall be evidenced by a Declaration of Default. Upon the filing of such Declaration, and without further order of this Court, the Automatic Stay imposed pursuant to 11 U.S.C. Section 362(a) shall be lifted as to Movant, to permit enforcement of the provisions of the Deed of Trust with respect to the Subject Property, including but not limited to foreclosure pursuant to any power of Sale. In the event of a foreclosure, if the Debtor fails to voluntarily vacate the premises, Movant or any purchaser at said foreclosure sale may proceed with all remedies available in state court.

If the Debtor files an objection to the Notice of Default, and/or the Court sets the matter for hearing, the Automatic Stay shall remain in effect until a ruling is issued by the Court resolving the matter. At the hearing, the Court may terminate the stay or take other action appropriate to the circumstances.

3. The provisions of this Order with respect to regular monthly payments extends through the term of the bankruptcy case.

4. Until the automatic stay is terminated, Movant may not refuse to accept or apply payments tendered by the Debtor, even if such payments are late or in the incorrect amount.

5. The automatic stay is modified to permit the Noteholder or servicing agent to send the Debtor any payment coupons, payment statements or invoices, notices of late payment, notices of payment changes, notices of servicing transfers, or any other notice, other than a notice of acceleration or demand for payment of the entire balance, normally sent to customers in the ordinary course of business, but otherwise such stay shall remain in full force and effect until further order of the court.

6. Should the Debtor default pursuant to the terms contained herein, unless otherwise ordered by this Court, Movant shall be entitled to reasonable attorney's fees in an amount not to exceed $100.00 for the issuance of a Notice of Default, and additional attorney's fees, not to exceed $200.00, for issuance of a Declaration of Default and filing of a Notice of Intent.

7. In the event of a default which results in the granting of relief, the Chapter 13 Trustee will be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by the Movant.

8. If the case shall be converted from a Chapter 13 to a Chapter 7, the Automatic Stay as to Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A shall be lifted effective the date of conversion without further order of this Court.

Approved as to Form and Content
By: /s/ D. Carol Sasser
Daniel J. Pesachowitz, Esquire, Bar No. MD14930
D. Carol Sasser, Esquire, Bar No. 1020873
Kim R. Gershen, Esquire, Bar No. 1023690
Samuel I. White, P.C.
448 Viking Drive
Suite 350
Virginia Beach, VA 23452
Tel: (757) 490-9284
Fax: (757) 497-2802
dsasser@siwpc.com
Counsel for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A

Seen and Agreed:

/s/ Daniel M. Press (electronic signature affixed pursuant to email authorization)
Daniel M. Press
Counsel for Debtor
201 Washington St.
Cumberland, MD 21502

Seen and No Objection:

/s/ Benjamin J. Beatty 11/17/26
Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

26-00364-ELG

**SERVICE LIST**

| | |
|---|---|
| Beniyam G Matewos<br>1700 Gainesville St SE<br>Washington, DC 20020 | Debtor |
| Daniel M. Press<br>201 Washington St.<br>Cumberland, MD 21502 | Counsel for Debtor |
| Rebecca A. Herr<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401 | Chapter 13 Trustee |
| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A<br>P.O. Box 27370<br>Attn: Loan Servicing Department<br>Anaheim Hills, CA 92809 | Movant |
| D. Carol Sasser<br>448 Viking Drive<br>Suite 350<br>Virginia Beach, VA 23452 | Counsel for Movant |

**END OF ORDER**